UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARVIN WELLS,

    Plaintiff,

v.                                               Case No.  3:15cv180/MCR/CJK

ALLAN HO,

    Defendant.
_____/

REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On April 1, 2016, the court entered a Scheduling and Case Management Order. (Doc. 33).  A copy of the scheduling order was mailed to plaintiff at his then address of record, Century Correctional Institution.  (*Id*.).  On April 11, 2016, the mail was returned as undeliverable, marked: "Return to Sender – Refused – Unable to Forward" with a handwritten notation, "RTS [Return to Sender] – Released 4/3/16 to Hillsboro".  (Doc. 34).  That same date, the court received a notice of change of address from plaintiff dated April 1, 2016, stating that effective April 4, 2016, plaintiff's mailing address changed to "1250 Skipper Road, Apt. 175, Tampa, FL 33613".  (Doc. 35).  A copy of the scheduling order was re-mailed to plaintiff at the Tampa address provided in plaintiff's notice, but was returned as undeliverable on

April 18, 2016, marked: "Forward Tim[e] Exp – 255 E. Bay Ave., Longwood FL 32750-5249 – Return to Sender". (Doc. 36). In an abundance of caution, a copy of the scheduling order was re-mailed to plaintiff at the Longwood, Florida address, but was returned as undeliverable on May 9, 2016, marked: "Return to Sender – Not Deliverable as Addressed – Unable to Forward" with a handwritten notation, "Does Not Live at This Address". (Doc. 37).

Because plaintiff's mailing address for purposes of this litigation was unclear, the court ordered plaintiff, on May 16, 2016, to demonstrate his continued interest in this case by filing a notice with the court confirming his current address. (Doc. 38). Plaintiff was provided fourteen days to comply with the order and was warned that failure to do so as directed would result in dismissal of this case. To date, plaintiff has not filed the requisite notice.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida this 16th day of June, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.